FILED
April 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002580861

Geoffrey Richards
Chapter 7 Bankruptcy Trustee
PO Box 579
Orinda, CA 94563
Telephone: (916) 288-8365
Fax: (866) 872-3134

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re, | Case No. 09-46096-B-7 |
| **Richard Rodgers** | DCN: GMR-002 |
| xxx-xx-7667 | |
| | DATE: May 18, 2001 |
| | TIME: 9:32 AM |
| | DEPT: B, Ctrm 32, 6th Floor |
| Debtor(s) | 501 I. Street, Sacramento, CA |
| | Hon. Thomas C. Holman |

**MOTION FOR SALE OF ESTATES INTEREST IN PERSONAL PROPERTY AND DECLARATION OF GEOFFREY RICHARDS**

GEOFFREY RICHARDS, the duly appointed Trustee (hereafter the "Trustee") in the above entitled matter, hereby moves for an order authorizing the estate's interest in 1998 Harley Davidson Motorcycle, ID number 1HD1BML34WY020255, CA license 19G7459, Engine # BML020255 "as is" and "where is", subject to the existing liens and encumbrances, if any, pursuant to the provisions of 11 U.S.C. section 363(b) of the Bankruptcy code. In support of his Motion, the Trustee states the following:

   1.   The Debtor(s) herein filed bankruptcy on November 30, 2009. I have been appointed the Trustee for the bankruptcy estate.

MOTION FOR SALE OF ESTATE'S INTEREST IN PERSONAL PROPERTY AND DECLARATION OF TRUSTEE

2. The Debtor(s) listed the fair market value of the Subject Property as $6,500 based on recent sales on EBay with a good condition. The Trustee is not aware of any liens against the Subject Property. The Trustee believes the fair market value of the Subject Property is approximately $4,000.00, after consideration for auctioneer fees, transportation, sales and administrative costs. Trustee has verified this belief with a professional auctioneer that is experienced in liquidating similar property.

3. The Trustee wishes to sell the estates interest in the Subject Property "as-is" and "where is" to the Debtor(s) for $4,000.00. The Trustee believes it is in the best interest of the estate to sell the estate's interest in the Subject Property for $4,000 which has already been paid to the trustee. The Trustee requests that the court only approve overbids presented at the hearing that meet the following criteria.

   a. Overbidding shall start at $4,200.00, if the overbid is by a party other than the Debtor(s) In addition, if the overbid is by a party other than the Debtor(s), any and all costs of sale and transfer, if any, shall be the responsibility of the buyer. The overbids shall be in minimum $200.00 increments.

   b. To qualify as a bidder, anyone desiring to bid must notify the trustee or his attorney in writing, and give the trustee a Cashier's Check or certified check for $4,200.00 at least five business days before the hearing of this motion. The deposit will be refunded at the request of the bidder who is not approved as the purchaser at the hearing, although any bidder who wishes to be approved as a "back-up" purchaser will need to

allow the trustee to retain the deposit until the sale closes. Otherwise, this Cashier's or certified check shall serve as a non-refundable deposit

c. The successful over bidder must deliver, to the Trustee, a Cashier's or certified check for the full overbid amount within 48 hours of Court approval of the sale.

4. The Trustee seeks authority to execute any and all additional conveyances, assignments, schedules and other documents as may be necessary to consummate this sale.

5. The Trustee further seeks a waiver of the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

WHEREFORE, Geoffrey Richards respectfully requests he be authorized to sell to Debtor(s) the estate's interest in a 1998 Harley Davidson Motorcycle, ID number 1HD1BML34WY020255, CA license 19G7459, Engine # BML020255 with approximately 17,200 miles ("Subject Property) to the Debtor(s). "as-is" and "where–is" subject to the existing liens and encumbrances, if any, pursuant to the provision of 11 U.S.C. section 363(b) of the Bankruptcy Code for $4,000.00: and authority to execute any and all additional conveyances , assignments, schedules and other documents as may be necessary to consummate this sale. The Trustee further seeks a waiver of the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h)

Respectfully submitted:

DATED:   April 23, 2010                     /s/ Geoffrey Richards
                                            Geoffrey Richards, Trustee

MOTION FOR SALE OF ESTATE'S INTEREST IN PERSONAL PROPERTY AND DECLARATION OF TRUSTEE

## DECLARATION OF GEOFFREY RICHARDS

I, Geoffrey Richards, hereby declare under penalty of perjury:

1. I am the Trustee in this case.
2. I have reviewed all of the foregoing and it is true and correct and if called I would so testify.

DATED:   April 23, 2010           /s/ Geoffrey Richards
                                  Geoffrey Richards, Trustee